[No. 14347-3-III.    Division Three.    May 28, 1996.]

WALTER KENISON, ET AL., *Appellants*, v. P & T
PARTNERSHIP, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-2-03341-3, Tari Eitzen, J.,
entered May 28, 1996. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.

[No. 14695-2-III.    Division Three.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ELLIS RODENBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-02179-1, Richard J. Schroeder,
J., entered February, 17, 1995. *Affirmed* by unpublished
opinion per Munson, J., concurred in by Sweeney, C.J.,
and Schultheis, J.

[No. 32555-8-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
PAUL HENDRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05013-3, James D. McCutcheon, Jr., J.,
entered March 15, 1993. *Affirmed* by unpublished opinion
per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[Nos. 33404-2-I; 36206-2-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
EDWARD VATER, *Appellant*.

*In the Matter of the Personal Restraint Petition of*
JOHN EDWARD VATER, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01662-6, Michael J. Fox, J., entered
September 13, 1993. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.